**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kenneth Marion HAMPTON, a/k/a Marion Kenneth Hampton, a/k/a Kenny Hampton, Defendant—Appellant.**

No. 05–6609.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 25, 2005.

Kenneth Marion Hampton, Appellant Pro Se. Stacey Denise Haynes, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, WILLIAMS,* and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Marion Hampton appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hampton,* No. CR–00–616 (D.S.C. filed Apr. 4, 2005 & entered Apr. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*